# UNITED STTES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADAPTIX, INC.**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:12-cv-00016 (LED) |
| **MOTOROLA MOBILITY, INC.** and **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS**, | ) |
| Defendants. | ) |

## PLAINTIFF'S REPLY TO DEFENDANT MOTOROLA MOBILITY INC.'S COUNTERCLAIMS

Plaintiff, ADAPTIX Inc. ("ADAPTIX"), replies to the counterclaims of defendant, Motorola Mobility, Inc., ("Motorola"), as follows:

## PARTIES

1. Admitted.

2. Admitted.

## JURISDICTION AND VENUE

3. ADAPTIX denies that a controversy exists relating to the enforceability of the patents-in-suit as Motorola has made no such allegation. The remaining allegations of paragraph 3 are admitted.

4. Admitted.

06014442

## COUNT I

5.      ADAPTIX incorporates by reference each preceding response as though expressly stated herein.

6.      Denied.

7.      ADAPTIX admits that Motorola seeks such a declaration but denies that Motorola is entitled to such relief.

## COUNT II

8.      ADAPTIX incorporates by reference each preceding response as though expressly stated herein.

9.      Denied.

10.     ADAPTIX admits that Motorola seeks such a declaration but denies that Motorola is entitled to such relief.

## COUNT III

11.     ADAPTIX incorporates by reference each preceding response as though expressly stated herein.

12.     Denied.

13.     ADAPTIX admits that Motorola seeks such a declaration but denies that Motorola is entitled to such relief.

## COUNT IV

14.     ADAPTIX incorporates by reference each preceding response as though expressly stated herein.

15.     Denied.

16. ADAPTIX admits that Motorola seeks such a declaration but denies that Motorola is entitled to such relief.

## COUNT V

17. ADAPTIX incorporates by reference each preceding response as though expressly stated herein.

18. Denied.

## JURY DEMAND

19. ADAPTIX admits that Motorola claims a trial by jury and ADAPTIX demands trial by jury on all issues set forth in Motorola's Answer, Affirmative Defenses, and Counterclaims so triable.

## PRAYER FOR RELIEF

WHEREFORE, ADAPTIX respectfully requests that this Court:

a. Enter judgment in favor of ADAPTIX on all issues set forth in Motorola's Answer, Affirmative Defenses and Counterclaims;

b. Deny all relief requested in Motorola's Answers, Affirmative Defenses and Counterclaims;

c. Grant the relief requested by ADAPTIX in its complaint, and

d. Grant ADAPTIX such further relief as this Court may deem just and proper.

Date:  March 15, 2012                    **ADAPTIX, INC.**

By: <u>Paul J. Hayes (w/permission W.Hill)</u>
Paul J. Hayes – LEAD ATTORNEY
Dean G. Bostock
**HAYES, BOSTOCK & CRONIN LLC**
300 Brickstone Square, Suite 901
Andover, MA  01810
Tel:  (978) 809-3850
Fax: (978) 809-3869
Email:  phayes@hbcllc.com
Email:  dbostock@hbcllc.com

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, TX 75606
Tel: (903) 757-6400
Fax: (903) 757-2323
Email: jw@wsfirm.com
Email: wh@wsfirm.com

**ATTORNEYS FOR THE PLAINTIFF
ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 15th day of March, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

<u>Paul J. Hayes (w/permission W.Hill)</u>
Paul J. Hayes