# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 6:12-CV-16-LED** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **MOTOROLA MOBILITY LLC**, *et al.,* | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The Unopposed Motion to Withdraw Stephen E. Edwards as Counsel of Record shall be, and is hereby, GRANTED.  Accordingly, the Clerk shall terminate Stephen E. Edwards as counsel of record for the Plaintiff and discontinue CM/ECF notices to Stephen E. Edwards for this civil action

**So ORDERED and SIGNED this 26th day of March, 2012.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**