**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **ADAPTIX, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MOTOROLA MOBILITY LLC** and **CELLCO PARTNERSHIP** d/b/a **VERIZON WIRELESS,**<br><br>Defendants. | Civil Action 6:12-cv-00016 (MHS)<br><br>**JURY TRIAL DEMANDED** |

**ORDER ON UNOPPOSED**
**MOTION TO AMEND DOCKET CONTROL ORDER**

Before the Court is the plaintiff's Unopposed Motion to Amend Docket Control Order (Doc. No. 122). Having considered the matter, and that it is unopposed, the Court GRANTS the motion and extends the time for the parties to exchange their privilege logs (or to submit letters to the Court stating that there are no disputes as to claims of privileged documents) to March 25, 2013.

**SIGNED this 20th day of March, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

06035299